DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| James River Equip., Inc. v. Mecklenburg Utils., Inc.<br><br>Case below:<br>179 N.C. App. 414 | No. 540P06 | 1. Def's (Mecklenburg Utilities) PDR Under N.C.G.S. § 7A-31 (COA05-622)<br><br>2. Plt's NOA Based Upon a Constitutional Question<br><br>3. Def's (Orange County BOE) Motion to Dismiss Appeal<br><br>4. Plt's PDR Under N.C.G.S. § 7A-31<br><br>5. Def's (Orange County BOE) Conditional PDR | 1. Denied 03/08/07<br><br>2. ——<br><br>3. Allowed 03/08/07<br><br>4. Denied 03/08/07<br><br>5. Dismissed as Moot 03/08/07<br><br>**Hudson, J., Recused** |
| Jenkins v. Jones Onslow EMC<br><br>Case below:<br>181 N.C. App. 436 | No. 100P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-23) | Denied 03/08/07 |
| Jernigan v. Herring<br><br>Case below:<br>179 N.C. App. 390 | No. 536P06 | Plts' PDR Under N.C.G.S. § 7A-31 (COA05-1233) | Denied 05/03/07 |
| Jones v. Town of Angier<br><br>Case below:<br>181 N.C. App. 121 | No. 080P07 | 1. Def's (Town of Angier) PDR Under N.C.G.S. § 7A-31 (COA06-391)<br><br>2. Plt's (David Jones) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 03/08/07<br><br>2. Dismissed as Moot 03/08/07 |
| Level 3 Communications, LLC v. Couch<br><br>Case below:<br>178 N.C. App. 390 | No. 412P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1505) | Allowed 05/03/07<br><br>**Hudson, J., Recused** |